**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------   x

Yashua Shekhem El                                                    x

                                Plaintiff            x   Civil Docket #

v.                                                                   x   **7: 26-cv-00112-KMK-SN**

                                                                     x

AMANDA   HILLER,   Acting   Commissioner   and   x
General Counsel, New York State Department of   x
Taxation and Finance (NYSDTF), in her individual and   x
official  capacities;  KAREN  GEDULDIG,  Deputy   x
Commissioner for Tax Enforcement, NYSDTF, in her   x
individual and official capacities; JOSH RUSSELL,   x
District Tax Attorney, NYSDTF, in his individual and   x
official  capacities;  New  York  State  Department  of   x
Taxation   and   Finance;   PROSEGUR   SERVICES   x
GROUP,  INC.,  successor  to  Command  Security   x
Corporation, in its private capacity; TD BANK, N.A.,   x
in its private capacity;                                             x

                              Defendant(s).            x

-------------------------------------------------------------------------   x

RECEIVED
SDNY PRO SE OFFICE
2026 FEB 13  AM 11: 25

## PLAINTIFF'S MOTION TO STAY PROCEEDINGS

Plaintiff Yashua Shekhem El respectfully moves for a temporary stay of all merits activity in this action pending resolution of Plaintiff's Motion for Recusal and Disqualification of the Honorable Kenneth M. Karas.

### GROUNDS FOR STAY

1. Plaintiff has filed a motion for recusal under **28 U.S.C. § 455(a) and (b)(1)** raising threshold questions concerning judicial assignment and impartial adjudication.

2. Where a motion for recusal is pending, it is appropriate to refrain from merits proceedings until the question of judicial assignment is resolved.

3. Proceeding on the merits while recusal remains unresolved risks:

a. issuance of substantive rulings by a judge whose continued participation is under challenge;

b. unnecessary procedural complications if recusal is later granted; and

c. erosion of confidence in the integrity of the proceedings.

4. A temporary stay preserves the status quo ante and ensures that any subsequent merits proceedings occur only after the threshold issue of judicial assignment is resolved.

5. Defendants will suffer no prejudice from a brief administrative stay pending resolution of the recusal motion.

**REQUESTED RELIEF**

Plaintiff respectfully requests that the Court stay all merits proceedings, briefing schedules, and substantive rulings in this action until the pending Motion for Recusal is resolved.

Dated: February 13, 2026
New York, New York

Respectfully submitted,

Denied. The Court has denied the pending Motion for Recusal, so there is no need for a stay.

So Ordered.

2/19/26

Yashua Shekhem El
Plaintiff, Pro Se
669 Main Street, #2039
New Rochelle, NY 10801
(347) 238-0639

2