UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASHUA SHEKHEM EL,

*Plaintiff*,

v.                                                    Case No. 26-CV-112 (KMK)

AMANDA HILLER, *et al.*,                               ORDER

*Defendants*.

KENNETH M. KARAS, United States District Judge:

The reference to Magistrate Judge Sarah Netburn is withdrawn.  The case is referred to Magistrate Judge Victoria Reznik.

SO ORDERED.

DATED:     February 27, 2026
           White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE